United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-17577-mdc
Anthony V Beltran                                                         Chapter 13
Maria T. Beltran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John               Page 1 of 2                Date Rcvd: Oct 06, 2016
                             Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
db/jdb         #+Anthony V Beltran,    Maria T. Beltran,    940 Hillcrest Drive,    Kinzers, PA 17535-9620
cr              +Diamond Resorts U.S. Collection Development, LLC,     3865 West Cheyenne Avenue,
                  North Las Vegas, NV 89032-3431
r               +Kathleen Michalski,    721 Skippack Pike,    Suite 100,    Blue Bell, PA 19422-1700
13433975         Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13390091        +Commercial Acceptance,    330 S Warminster Rd Ste,    Hatboro, PA 19040-3404
13618191       +++Federal National Mortgage Association,    "Fannie Mae" c/o Seterus Inc.,    PO Box 1047,
                  Hartford, CT 06143-1047
13390097        +PayPal Credit,    P.O. Box 5138,   Lutherville Timonium, MD 21094-5138
13406407         Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13390098        +Santander Consumer Usa,    Po Box 961245,    Fort Worth, TX 76161-0244
13390099        +Seterus Inc,    8501 Ibm Dr, Bldg 201, 2dd188,    Charlotte, NC 28262-4333
13390100        +Wfs Financial/Wachovia Dealer Srvs,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:47     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2016 02:15:58
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2016 02:16:41     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13487940       +E-mail/Text: bncmail@w-legal.com Oct 07 2016 02:16:32     COMENITY CAPITAL BANK/PAYPAL CREDIT,
                  C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13390090       +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 07 2016 02:17:09
                  Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
13390092       +E-mail/Text: bankruptcy@diamondresorts.com Oct 07 2016 02:15:45     Diamond Resorts Fs,
                  10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
13390093       +E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:23:39     GECRB/Care Credit,
                  Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13390094       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 07 2016 02:15:37     Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13390096        E-mail/Text: camanagement@mtb.com Oct 07 2016 02:15:46     M & T Bank,    Attn: Bankruptcy,
                  1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13484205        E-mail/Text: camanagement@mtb.com Oct 07 2016 02:15:46     M & T Bank,
                  Attn: Payment Processing,    P.O. Box 1288,    Buffalo, NY 14240
13570687        E-mail/Text: bnc-quantum@quantum3group.com Oct 07 2016 02:15:48
                  Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13486818        E-mail/PDF: gecsedi@recoverycorp.com Oct 07 2016 02:24:29     Synchrony Bank,
                  c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Federal National Mortgage Association ("Fannie Mae
cr*             Quantum3 Group LLC as agent for,    NCEP LLC,   PO Box 788,   Kirkland, WA  98083-0788
13390095*      +Kohls/capone,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13390089       ##+Ben & Eriline Laguman,   411 Winthrop Street,    Brooklyn, NY 11203-1514
                                                                                              TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Oct 06, 2016
                              Form ID: pdf900            Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association, as Trustee for Bear St agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com
              DOUGLAS M LEAVITT    on behalf of Creditor    Diamond Resorts U.S. Collection Development, LLC
               leavitt@ds-l.com,    filing@ds-l.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc
               Jeniece@MVRLAW.COM,    bonnie@mvrlaw.com
              STEPHEN WADE PARKER    on behalf of Joint Debtor Maria T. Beltran wade@swparkerlaw.com,
               Mooneybkecf@gmail.com
              STEPHEN WADE PARKER    on behalf of Debtor Anthony V Beltran wade@swparkerlaw.com,
               Mooneybkecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY V BELTRAN                           Chapter 13
MARIA T. BELTRAN

              Debtor            Bankruptcy No. 14-17577-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___6th___ day of ___October___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN WADE PARKER
P.O. BOX 1598

CAMP HILL, PA 17001-

Debtor:
ANTHONY V BELTRAN
MARIA T. BELTRAN
940 HILLCREST DRIVE

KINZERS, PA 17535